UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA 04-550S** **DATE: June 15, 2005**

**TITLE: TRUSTEES OF THE LOCAL 17, ET AL v. RAYMOND MARTIN**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Plaintiff: Thomas Goldberg**

**Defendant:**

*******************************************************************************

**Proceedings: Plaintiff's Motion for Default Judgement**

**No parties present. Court calls case and gives the travel of case. Court questions clerk regarding filings in this case. Court takes matter under advisement. Mr. Goldberg appears late on behalf of the plaintiff. Plaintiff files with the court a stipulation of dismissal.**