UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF RHODE ISLAND

U.S. DISTRICT COURT
DISTRICT OF R.I.
JUN 15 2005
RECEIVED

TRUSTEES OF THE LOCAL UNION :
NO. 17 SHEET METAL WORKERS' :
INSURANCE FUND : C.A. NO:04-550S

v. :

RAYMOND MARTIN d/b/a :
R. MARTIN & SONS :

**STIPULATION**

The above-entitled matter is hereby dismissed without prejudice. Defendant need not appear at the next scheduled hearing of June 15, 2005.

ENTER [signature]
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 6/16/05

[signature]
Thomas D. Goldberg #2076
*Counsel for Plaintiff*
Goldberg Law Offices
226 Cottage Street
Pawtucket, RI 02860
Tel: (401) 728-1510
Fax: (401) 725-3355

**CERTIFICATION**

I hereby certify that on the 15th day of ~~May~~ June 2005, I mailed a true copy of the within *Stipulation* via first class mail, postage prepaid, to Raymond Martin, R. Martin & Sons, 24 Esquire Avenue, Warwick, RI 02889

[signature]